JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ERIC DECKER,<br><br>    Plaintiff,<br><br>    v.<br><br>HUNTER WARFIELD, INC.,<br><br>    Defendant. | Case No.: 8:11-cv-01473-AG-AGR<br><br>**ORDER OF DISMISSAL** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice. Both sides to bear their own fees' and costs.

**IT IS SO ORDERED.**

Dated: January 06, 2012

_____
United States District Judge
Andrew J. Guilford

---

Stipulation of Dismissal and [Proposed] Order